**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** FBI

**City** Brockton

**County** Plymouth

**Related Case Information:**
Superseding Ind./ Inf. no     Case No. 26-mj-6138-MPK
Same Defendant _____   New Defendant yes
Magistrate Judge Case Number _____
Search Warrant Case Number see attached
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number see attached   ☑ Yes ☐ No

Defendant Name Kelby Correia     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: 16 Huntington Ave. Brockton MA

Birth date (Yr only): 1991   SSN (last 4#): 4159   Sex: M   Race _____   Nationality: _____

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: David Cutshall     Bar Number if applicable: 684891

**Interpreter:** ☐ Yes ☑ No     List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:** In custody

**Arrest Date:** 12/17/25

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at Plymouth HOC   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 2/13/2026   Signature of AUSA: *David Cutshall*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Kelby Correia

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | PWID Controlled Substances | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

Search Warrant Case Number Attachment

Related Case Number Attachment

25-MJ-6341-MPK
25-MJ-6364-MPK
25-MJ-6370-MPK
25-MJ-6371-MPK
25-MJ-6388-MPK
25-MJ-6389-MPK
25-MJ-6402-MPK
25-MJ-6451-MPK
25-MJ-6452-MPK
25-MJ-6453-MPK
25-MJ-6462-MPK
25-MJ-6466-MPK
25-MJ-6592-MPK
25-MJ-6593-MPK
25-MJ-6594-MPK
25-MJ-6625-MPK
25-MJ-6626-MPK
25-MJ-6752-MPK
25-MJ-6753-MPK
25-MJ-6754-MPK
25-MJ-6755-MPK
25-MJ-6756-MPK
25-MJ-6757-MPK
25-MJ-6758-MPK
25-MJ-6759-MPK
25-MJ-6760-MPK
25-MJ-6761-MPK
25-MJ-6762-MPK
25-MJ-6763-MPK
25-MJ-6764-MPK
25-MJ-6765-MPK
25-MJ-6766-MPK
25-MJ-6814-MPK
25-MJ-6820-MPK
25-MJ-6821-MPK
25-MJ-6822-MPK

25-MJ-6397-MPK
25-MJ-6682-MPK
25-MJ-6767-MPK
26-MJ-6137-MPK
26-MJ-6138-MPK
26-MJ-6139-MPK
26-MJ-6140-MPK
26-MJ-6141-MPK